No. A–695. MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. Application for stay, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. The order heretofore entered March 4, 1989, by JUSTICE BRENNAN is va-

cated. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.